IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN STORMS,

Plaintiff,

vs.

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY,
BRENTON DESIGN CORPORATION,
d/b/a WILCOX CRITTENDEN, INC.,
and POLY MOLD CORPORATION,

Defendants.

CIVIL ACTION NO.

CA 06 277ML

**NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NOW COMES defendant, THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY (hereinafter referred to as "Hinckley"), by and through its attorney, and pursuant to the provisions of 28 U.S.C. §§1441(a) and 1446(a), respectfully removes the above-captioned action to this Honorable Court. In support of this Notice, Hinckley states the following grounds:

1. On or about June 5, 2006, plaintiff, Brian Storms, commenced a civil action against Hinckley in the Superior Court of the State of Rhode Island in and for the County of Providence entitled Brian Storms v. The Talaria Company, LLC, et al., Civil Action No. 06-2769. Hinckley attaches copies of the Summons and Complaint hereto as **Exhibit A.**

2. This action is one of which the District Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and is one which may be removed to this Honorable Court by defendant herein pursuant to the provisions of 28 U.S.C. §1441(a), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff is, upon information and belief, a citizen of the Commonwealth of Massachusetts. Defendant Hinckley is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business located at One Little Harbor Landing, Portsmouth, Rhode Island. Defendant, Brenton Design Corporation, formerly known as Wilcox Crittenden, Inc., is a corporation organized and dissolved under the laws of the State of Connecticut, with its last known principal place of business located at 501 Harbor Gate Way, Longboat Key, Florida. Lastly, defendant, Poly Mold Corporation, is, upon information and belief, a corporation duly organized and existing under the laws of the State of Connecticut, with its principal place of business located at 951 South Meriden Road, Cheshire, Connecticut. Based upon the citizenships of the parties, complete diversity exists between the adverse parties in this action.

WHEREFORE, defendant, THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY, prays that this cause of action proceed to the District Court as an action properly removed hereto. Defendant Hinckley shall answer the Complaint or otherwise plead in accordance with the provisions of Rule 81(c) of the Federal Rules of Civil Procedure.

Dated: June 12, 2006

Respectfully submitted,

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY
By its attorney,
NORMAN A. PELOQUIN, II P.C.

Norman A. Peloquin, II
(RI Bar No. 4146)
*Of Counsel*, Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100
Fax (401) 635-9125

Certificate of Service

I hereby certify that on the 12th day of June, 2006, I served a true copy of the forgoing document upon counsel of record by mailing same, first class, postage prepaid, to: Daniel P. McKiernan, Esquire, McKiernan, Thompson & Millea, 243 North Main Street, Providence, Rhode Island 02903, and Gerald W. White, Esquire, Hill Rivkins & Hayden LLP, 45 Broadway, Suite 1500, New York, New York 10006.

Attorney at Law