IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRIAN STORMS,<br><br>Plaintiff,<br><br>vs.<br><br>THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION, d/b/a WILCOX CRITTENDEN, INC., and POLY MOLD CORPORATION,<br><br>Defendants. | CIVIL ACTION NO.<br><br>CA 06 277 ML |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Please enter the appearance of the undersigned as counsel in the above-captioned action for defendant, THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY.

Dated: June 12, 2006

Respectfully submitted,

Norman A. Peloquin, II (RI Bar No. 4146)
Attorney for THE TALARIA COMPANY, LLC
d/b/a THE HINCKLEY COMPANY
NORMAN A. PELOQUIN, II P.C.
*Of Counsel*, Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100
Fax (401) 635-9125

Certificate of Service

I hereby certify that on the 12th day of June, 2006, I served a true copy of the forgoing document upon counsel of record by mailing same, first class, postage prepaid, to: Daniel P. McKiernan, Esquire, McKiernan, Thompson & Millea, 243 North Main Street, Providence, Rhode Island 02903, and Gerald W. White, Esquire, Hill Rivkins & Hayden LLP, 45 Broadway, Suite 1500, New York, New York 10006.

Attorney at Law