IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN STORMS,

Plaintiff,

vs.

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY,
BRENTON DESIGN CORPORATION,
d/b/a WILCOX CRITTENDEN, INC.,
and POLY MOLD CORPORATION,

Defendants.

CIVIL ACTION NO. 06-277ML

**CERTIFICATE OF FILING STATE COURT DOCKET**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND:

NOW COMES defendant, THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY, by and through its attorney, and pursuant to the provisions of 28 U.S.C. §1447, hereby certify that true, accurate and certified copies of the Docket and all pleadings on file with the Clerk of the Court for the Superior Court of Providence County in the action entitled Brian Storms v. The Talaria Company, LLC, *et al.*, Civil Action No. 2006-2769, are attached hereto and marked collectively as **Exhibit A**.

Dated: June 13, 2006

Respectfully submitted,

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY
By its attorney,
NORMAN A. PELOQUIN, II P.C.

Norman A. Peloquin, II
(RI Bar No. 4146)
Of Counsel, Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100
Fax (401) 635-9125

Certificate of Service

I hereby certify that on the 13th day of June, 2006, I served a true copy of the forgoing document upon counsel of record by mailing same, first class, postage prepaid, to: Daniel P. McKiernan, Esquire, McKiernan, Thompson & Millea, 243 North Main Street, Providence, Rhode Island 02903, and Gerald W. White, Esquire, Hill Rivkins & Hayden LLP, 45 Broadway, Suite 1500, New York, New York 10006.

Attorney at Law

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-2769 BRIAN STORMS V THE TALARIA CO

Filing Date: 05-19-2006 Case Type: PROPERTY DAMAGE
Case Status: CLOSED DURING DISCOVERY Status Date: 06-12-2006

Plaintiff: BRIAN STORMS Attorney: DANIEL MCKIERNAN
ID: @10841060

Defendant: THE TALARIA COMPANY, LLC
ID: @10841061
Defendant: THE HINCKLEY COMPANY
ID: @10841062
Defendant: BRENTON DESIGN CORPORATION
ID: @10841063
Defendant: WILCOX CRITTENDON
ID: @10841065
Defendant: POLYMOLD CORPORATION
ID: @10841067

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-19-2006 | COMPLAINT FILED | |
| 05-19-2006 | INITIAL FILING FEE | |
| 05-19-2006 | *Payment Applied* | A Payment of -$160.00 was made on receipt SCP226849. |
| 06-12-2006 | NOTICE OF REMOVAL | REMANDED TO UNITED STATES DISTRICT COURT 06-277ML |
| 06-12-2006 | CASE REMVD TO US DISTRICT CT | |
| 06-12-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island