IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN STORMS

V.

CIVIL ACTION NUMBER:
NO: 06-277ML

THE TALARIA COMPANY, LLC DBA THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION DBA WILCOX CRITTENDON, INC. AND POLY MOLD CORPORATION

**RULE 7.1 DISCLOSURE STATEMENT OF POLY MOLD CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this defendant states that there is no parent corporation to this defendant corporation and no publicly held corporation owns any stock of this defendant corporation.

Defendant Poly Mold Corporation
By:

Brian T. Burns, Reg#4187
Law Offices of Brown & Mena
175 Paramount Drive, Suite 204
Raynham, Ma. 02767
TEL#: 508-880-3509
FAX#: 508-880-8625
Brian.burns@libertymutual.com

**Certificate of Service**

I hereby certify that on the 29th day of June, 2006, I served a true copy of the foregoing document upon counsel of record by mailing the same, first class, postage prepaid to:

Daniel P. McKiernan, Esq.
McKiernan, Thompson & Millea
243 North Main Street,
Providence, RI 02903,

Gerald W. White, Esq.
Hill, Rivkins & Hayden, LLP
45 Broadway, Suite 1500
New York, NY 10006

Norman A. Peloquinn, II, Of Counsel
Saunders & Saunders LLP
16 Main Road, PO Box 65
Adamsville, RI 02801

Brian T. Burns