UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRIAN STORMS, Plaintiff, | : | |
| vs. | : | 06-277ML |
| THE TALARIA COMPANY, LLC d/b/a THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION d/b/a WILCOX CRITTENDEN, INC. and POLY MOLD CORPORATION Defendants. | : | |

**ENTRY OF APPEARANCE**

I,I, Thomas C. Angelone,I, Thomas C. Angelone, Esq.,I, Thomas C. Angelone, Esq., do

Defendant,Defendant, ***Brenton Design Corporation d/Brenton Design Corporation d/b/a WilcBre***

captioned matter.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
*angelonelaw@aol.com*

Dated: August 9, 2006

**CERTIFICATION**

II hereby certify that on this 9th day of August, 2006, I day of August, 2006, I caused day of Au
Entry of Appearance to be sent electronically to the following attorney(s) of record:

Daniel P. McKiernan, Esq.
McKiernan, Thompson & Millea
243 North Main Street
Providence, RI 02903

Norman A. Peloquin, II, Esq.
Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801

Gerald W. White, Esq.
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, NY 10006

/s/Thomas C. Angelone
Thomas C. Angelone, Esq. #1373