UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRIAN STORMS | : | |
| | : | |
| vs. | : | C.A. No. 06-277 ML |
| | : | |
| THE TALARIA COMPANY, LLC d/b/a THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION d/b/a WILCOX CRITTENDEN, INC. and POLY MOLD CORPORATION | : | |

ENTRY OF APPEARANCE

I, Thomas C. Angelone, Esq., do hereby enter my appearance on behalf of Defendant, Brenton Design Corporation d/b/a Wilcox Crittenden, Inc., in the above-captioned matter.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
HODOSH, SPINELLA & ANGELONE pc
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
Fax (401) 274-0200
angelonelaw@aol.com

Dated: August 10, 2006

CERTIFICATION

I hereby certify that on this 10th day of August, 2006, I caused a copy of the within entry of appearance to be sent electronically to: Daniel P. McKiernan, Esq., 243 North Main Street, Providence, RI 02903; and sent by U.S. Mail to: Norman A. Peloquin, II, Esq., 16 Main Road, P.O. Box 65, Adamsville, RI 02801 and Brian Thomas Burns, Esq., 175 Paramount Drive, Suite 204, Raynham, MA 02767.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373