IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRIAN STORMS,<br><br>Plaintiff,<br><br>vs.<br><br>THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION, d/b/a WILCOX CRITTENDEN, INC., and POLY MOLD CORPORATION,<br><br>Defendants. | : | CIVIL ACTION NO. 06-277ML |

**THE HINCKLEY COMPANY'S ANSWER TO CROSS-CLAIM OF BRENTON DESIGN CORPORATION**

NOW COMES defendant, The Talaria Company, LLC, doing business as defendant, The Hinckley Company (hereinafter referred to as "Hinckley"), by its attorney, and for its answer to the Cross-Claim of defendant, Breton Design Corporation, d/b/a Wilcox Crittenden, Inc. (hereinafter referred to as "Wilcox Crittenden"), states, upon information and belief, as follows:

Answer

1. Hinckley denies the truth of the allegations contained in Paragraph 1 of the Cross-Claim, and therefore calls upon Wilcox Crittenden to prove same.

2. Hinckley denies the truth of the allegations contained in Paragraph 2 of the Cross-Claim, and therefore calls upon Wilcox Crittenden to prove same.

3. No response is required to the conclusions contained in Paragraph 3 of the Cross-Claim, but to the extent that the allegations contained therein seek to impose liability against Hinckley, said defendant denies the truth of the allegations contained therein and calls upon Wilcox Crittenden to prove same.

Dated: August 28, 2006

Respectfully submitted,

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY
By its attorney,
NORMAN A. PELOQUIN, II P.C.

Norman A. Peloquin, II (RI Bar No. 4146)
Of Counsel, Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100
Fax (401) 635-9125

Certificate of Service

I hereby certify that on the 28th day of August, 2006, I served a true copy of the forgoing document upon counsel of record by mailing same, first class, postage prepaid, to: Daniel P. McKiernan, Esquire, McKiernan, Thompson & Millea, 243 North Main Street, Providence, Rhode Island 02903; Gerald W. White, Esquire, Hill Rivkins & Hayden LLP, 45 Broadway, Suite 1500, New York, New York 10006; Brian T. Burns, Brown & Mena, 245 Waterman Street, Providence, Rhode Island 02906; and Thomas C. Angelone, Hodosh, Spinella & Angelone, P.C., One Turks Head Place, Suite 810, Providence, Rhode Island 02903.

Attorney at Law

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---------------------------------------------------x

BRIAN STORMS,

Plaintiff,

vs. CIVIL ACTION NO. 06-277ML

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY,
BRENTON DESIGN CORPORATION,
d/b/a WILCOX CRITTENDEN, INC.,
and POLY MOLD CORPORATION,

Defendants.

---------------------------------------------------x

**CERTIFICATE OF SERVICE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND:

NOW COMES defendant, The Talaria Company, LLC, doing business as defendant, The Hinckley Company (hereinafter referred to as "Hinckley"), by and through its attorney, and pursuant to the provisions of Rules 13 and 5 of the Federal Rules of Civil Procedure, hereby certifies that a true and accurate copy of Hinckley's Answer and Cross-Claim, dated June 21, 2006, was served upon counsel for defendant, Breton Design Corporation, d/b/a Wilcox Crittenden, Inc, by mailing same, first class, postage prepaid, to Mr. Thomas C. Angelone, Esquire of Hodosh, Spinella & Angelone, P.C., One Turks head Place, Suite 810, Providence, Rhode Island 02903.

Dated: August 28, 2006

Respectfully submitted,

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY
By its attorney,
NORMAN A. PELOQUIN, II P.C.

Norman A. Peloquin, II
(RI Bar No. 4146)
Of Counsel, Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100
Fax (401) 635-9125

Certificate of Service

I hereby certify that on the 28th day of August, 2006, I served a true copy of the forgoing document upon counsel of record by mailing same, first class, postage prepaid, to: Daniel P. McKiernan, Esquire, McKiernan, Thompson & Millea, 243 North Main Street, Providence, Rhode Island 02903; Gerald W. White, Esquire, Hill Rivkins & Hayden LLP, 45 Broadway, Suite 1500, New York, New York 10006; Brian T. Burns, Brown & Mena, 245 Waterman Street, Providence, Rhode Island 02906; and Thomas C. Angelone, Hodosh, Spinella & Angelone, P.C., One Turks Head Place, Suite 810, Providence, Rhode Island 02903.

Attorney at Law