**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BRIAN STORMS**

**V.**

**CIVIL ACTION NUMBER:**
**NO: 06-277ML**
**DEMAND FOR JURY TRIAL**

**THE TALARIA COMPANY, LLC DBA THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION DBA WILCOX CRITTENDON, INC. AND POLY MOLD CORPORATION**

**ANSWER OF POLY MOLD CORPORATION TO THE CROSS CLAIM OF BRENTON DESIGN CORPORATION D/B/A WILCOX CRITTENDEN, INC.**

The defendant to the cross-claim, Poly Mold Corporation, neither admits nor denies the allegations in the following paragraphs: #1.

The defendant to the cross-claim denies the allegations in the remaining paragraphs.

WHEREFORE, the cross-claimant Brenton Design Corporation D/B/A Wilcox Crittenden, Inc. should recovery nothing from Poly Mold Corporation, judgment should enter in favor of Poly Mold Corporation on the cross claim, and the defendant Poly Mold Corporation should be awarded its costs.

**THE DEFENDANT DEMANDS A TRIAL BY JURY.**

Defendant Poly Mold Corporation
By:

Brian T. Burns, Reg#4187
Law Offices of Brown & Mena
175 Paramount Drive, Suite 204
Raynham, Ma. 02767
TEL#: 508-880-3509
FAX#: 508-880-8625
Brian.burns@libertymutual.com

**Certificate of Service**

I hereby certify that on the 29th day of August, 2006, I served a true copy of the foregoing document upon counsel of record by mailing the same, first class, postage prepaid to:

Daniel P. McKiernan, Esq.
McKiernan, Thompson & Millea
243 North Main Street,
Providence, RI 02903,

Gerald W. White, Esq.
Hill, Rivkins & Hayden, LLP
45 Broadway, Suite 1500
New York, NY 10006

Norman A. Peloquinn, II, Of Counsel
Saunders & Saunders LLP
16 Main Road, PO Box 65
Adamsville, RI 02801

Thomas C. Angellone, Esquire
Hodosh, Spinella & Angelone, PC
One Turks Head Place, Suite 810
Providence, RI 02903

Brian T. Burns