UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRIAN STORMS | : | |
| | : | |
| vs. | : | 06-277ML |
| | : | |
| THE TALARIA COMPANY, LLC d/b/a | : | |
| THE HINCKLEY COMPANY, | : | |
| BRENTON DESIGN CORPORATION | : | |
| d/b/a WILCOX CRITTENDEN, INC. | : | |
| and POLY MOLD CORPORATION | : | |

STIPULATION

It is hereby agreed by and between the parties, that Defendant, Brenton Design Corporation d/b/a Wilcox Crittenden, Inc., may have up to and including September 8, 2006, within which to answer or otherwise plead to Co-Defendant s, The Talaria Company, LLC d/b/a The Hinckley Company, Cross-Claim.

/s/ Norman A. Peloquin, II
Norman A. Peloquin, II, Esq. #4146
Attorney for Defendant, Talaria
NORMAN A. PELOQUIN, II P.C.
16 Main Road, P.O. Box 65
Adamsville, Rhode Island 02801
(401) 635-9100
Fax (401) 635-9125

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
Attorney for Defendant, Brenton Design
HODOSH, SPINELLA & ANGELONE pc
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
Fax (401) 274-7538
angelonelaw@aol.com

Dated: August 29, 2006

CERTIFICATION

I hereby certify that on this 31st day of August, 2006, I caused a copy of the within Stipulation to be electronically mailed to: Daniel P. McKiernan, Esq., McKiernan Thompson & Millea, 243 North Main Street, Providence, RI 02903; and mailed by first class mail, postage prepaid to: Norman A. Peloquin, II, Esq., 16 Main Road, P.O. Box 65, Adamsville, RI 02801 and Brian Thomas Burns, Esq., Brown & Mena, 175 Paramount Drive, Suite 204, Raynham, MA 02767.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373