UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRIAN STORMS | : | |
| | : | |
| vs. | : | 06-277ML |
| | : | |
| THE TALARIA COMPANY, LLC d/b/a | : | |
| THE HINCKLEY COMPANY, | : | |
| BRENTON DESIGN CORPORATION | : | |
| d/b/a WILCOX CRITTENDEN, INC. | : | |
| and POLY MOLD CORPORATION | : | |

DEFENDANT S, BRENTON DESIGN CORPORATION
d/b/a WILCOX CRITTENDEN, INC., ANSWER TO CROSS-CLAIM
OF THE TALARIA COMPANY, LLC d/b/a THE HINCKLEY COMPANY

Now comes Defendant, Brenton Design Corporation d/b/a Wilcox Crittenden, Inc. (hereinafter Wilcox Crittenden ), and hereby responds to Co-defendant s, The Talaria Company, LLC d/b/a The Hinckley Company (hereinafter Hinckley ), Cross-claim as follows:

Jurisdiction

1. Wilcox Crittenden admits the allegations set forth in Paragraph 1 of Hinckley s Cross-Claim.

The Parties

2. Wilcox Crittenden is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of Hinckley s Cross-Claim, and therefore, leaves Hinckley to its proof thereof.

3. Wilcox Crittenden is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of Hinckley s Cross-Claim, and therefore, leaves Hinckley to its proof thereof.

Factual Allegations

4. Wilcox Crittenden admits the allegations set forth in Paragraph 4 of Hinckleys Cross-Claim.

5. Wilcox Crittenden admits that Plaintiff has made the allegations set forth in Paragraph 5 of Hinckleys Cross-Claim, but denies any implied negligence.

6. Wilcox Crittenden admits the allegations set forth in Paragraph 6 of Hinckleys Cross-Claim.

7. Wilcox Crittenden is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of Hinckley s Cross-Claim, and therefore, denies same.

8. Wilcox Crittenden is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of Hinckley s Cross-Claim, and therefore, denies same.

9. Wilcox Crittenden denies the allegations set forth in Paragraph 9 of Hinckley s Cross-Claim.

COUNT ONE

Common Law / Equitable Indemnification

10. Wilcox Crittenden hereby restates its responses to Paragraphs 1 through 9 of Hinckleys Cross-Claim as if fully set forth herein.

11. Wilcox Crittenden admits the allegations set forth in Paragraph 11 of Hinckleys Cross-Claim.

12. Wilcox Crittenden is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12 of Hinckley s Cross-Claim, and therefore, denies same.

13. Wilcox Crittenden denies the allegations set forth in Paragraph 13 of Hinckley s Cross-Claim.

14. Wilcox Crittenden denies the allegations set forth in Paragraph 14 of Hinckley s Cross-Claim.

15. Wilcox Crittenden denies the allegations set forth in Paragraph 15 of Hinckley s Cross-Claim.

16. Wilcox Crittenden denies the allegations set forth in Paragraph 16 of Hinckley s Cross-Claim.

17. Wilcox Crittenden denies the allegations set forth in Paragraph 17 of Hinckley s Cross-Claim.

COUNT TWO

Contribution

18. Wilcox Crittenden hereby restates its responses to Paragraphs 1 through 17 of Hinckley s Cross-Claim as if fully set forth herein.

19. Wilcox Crittenden denies the allegations set forth in Paragraph 19 of Hinckley s Cross-Claim.

20. Wilcox Crittenden denies the allegations set forth in Paragraph 20 of Hinckley s Cross-Claim.

**WHEREFORE,** Defendant, Brenton Design Corporation d/b/a Wilcox Crittenden, Inc., demands judgment against Co-Defendant, The Talaria Company, LLC d/b/a The Hinckley Company, for costs.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
Attorney for Defendant,
Brenton Design Corporation d/b/a
Wilcox Crittenden, Inc.
HODOSH, SPINELLA & ANGELONE pc
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
Fax (401) 274-7538
angelonelaw@aol.com

Dated: September 7, 2006

Defendant, Brenton Design Corporation d/b/a Wilcox Crittenden, Inc., hereby claims a trial by jury.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373

CERTIFICATION

I hereby certify that on this 7th day of September, 2006, I caused a copy of the within Answer to Cross-Claim to be electronically mailed to:

| | |
|---|---|
| Daniel P. McKiernan, Esq. | dmckiernan@mtmlaw.us |
| Norman A. Peloquin, II, Esq. | peloquin@sealaw.net |
| Brian Thomas Burns, Esq. | brian.burns@libertymutual.com |

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373