UNITED STATES DISTRICT COURT
FEDERAL DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRIAN STORMS<br>Plaintiff<br><br>V.<br><br>THE TALARIA COMPANY, LLC d/b/a THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION d/b/a WILCOX CRITTENDON, INC. AND POLYMOLD CORPORATION<br>Defendants | : | C.A. No.: 2006-277 ML |

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff, Brian Storms hereby move that Gerard W. White, Esq. be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below on the following grounds:

- The case involves the following complex areas of the law, in which pro hac vice counsel specializes, namely maritime vessel damage and issues of law relating to subrogation.

- Pro hac vice counsel's long-standing representation of the client in interest, namely St. Paul Fire & Marine, subrogee of Brian Storms.

- St. Paul's chosen counsel, Gerard White, Esq. is a member in good standing of the United States District Court for the Southern District of New York (see Exhibit A, attached hereto) and, further, he has never appeared *pro hac vice* in the United States District Court for the District of Rhode Island.

Plaintiff, Brian Storms,
By his Attorneys,
***McKiernan Thompson & Millea***

/s/ Daniel P. McKiernan
Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)

`

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case system of the United States District Court for its distribution to all counsel of record 10th day of October, 2006.

Norman A. Peloquin, II
Saunders & Saunders LLP
16 Main Road
P.O. Box 65
Adamsville, RI 02801

Brian T. Burns, Esq.
Brown & Mena
175 Paramount Drive
Suite 204
Raynham, MA 02767

Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Street, Suite 2
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone, PC
One Turks Head Place
Suite 810
Providence, RI 02903

/s/ Daniel P. McKiernan
Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)
[email: dmckiernan@mtmlaw.us]