# United States District Court

## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

GERARD W. WHITE, Bar # GW9797

was duly admitted to practice in this Court on

MAY9, 1995, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on OCTOBER 10, 2006

J. Michael McMahon by [signature]

Clerk Deputy Clerk