DPM: 10-11-06

UNITED STATES DISTRICT COURT
FEDERAL DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRIAN STORMS | : | |
| Plaintiff | : | |
| | : | |
| V. | : | C.A. No.: 2006-277 ML |
| | : | |
| THE TALARIA COMPANY, LLC d/b/a THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION d/b/a WILCOX CRITTENDON, INC. AND POLYMOLD CORPORATION | : | |
| Defendants | : | |

# RULE 16 STATEMENT

## Summary of Facts of Case

This is a subrogation action filed on behalf of St. Paul Fire and Marine Insurance Company as subrogee of Brian Storms. The $160,839 loss of Mr. Storms' 29 foot Hinckley power boat occurred because of a leaking thru – hull fitting which was apparently installed on the boat at the time of its manufacture. The boat was purchased through a used boat brokerage company, Hinckley Yacht Brokerage-Portsmouth, Rhode Island. The boat was manufactured in 2002, and it is our understanding that the vessel was delivered to its original owner, Mr. Jim Swartz, on May 30, 2002. It was then sold through Little Harbor Yacht Brokerage Company, Hinckley's broker, to Brian Storms on or about June 23, 2005, for the sum of $283,000. The vessel sunk while on a floating mooring on June 29, 2005, some six days after delivery was taken. The boat was towed to Hinckley's boat yard in Rhode Island, and it was inspected by yard personnel, Hinckley's President, Mr. DeSchino, and a surveyor employed by Ace Insurance Company, whom we understand is the underwriter for Hinckley. St. Paul sent a surveyor who inspected the vessel, but had arrived after the one inch plastic hull fitting which was designed to drain the water from a sink that was located on the vessel's starboard side, had already been removed from the hull. St. Paul paid the $160, 813.49 to Brian Storms and pursues the claim by way of subrogation.

There seems to be little in dispute as to the cause of the vessel's sinking, in that the plastic thru hull fitting which was located at or near the vessel's waterline failed and the ingress of water led to the sinking. In addition, Hinckley had replaced the fittings in the Talaria 29C center console boats with a different fitting. Whether or not these changes in design were made before or after the loss is being investigated.

## Plaintiff's Causes of Action in Product Liability and Negligence

Plaintiff has alleged that Hinckley's liability for the loss arises from breach of express and implied warranties as well for negligent design arising from the use of the plastic thru-hull fitting at or near the waterline of the vessel, in a defective condition. Similarly, Plaintiff has asserted causes of action for breach and implied warranties, for a manufacturing defect, and for negligence against Wilcox Crittendon, Inc. who supplied the fitting to Hinckley, and against the remaining defendant, Polymold Manufacturing whom plaintiff understands to have manufactured the fitting in a defective condition.

As far as discovery is concerned, Plaintiffs have served Requests for Production on all defendants as well as Request for Interrogatories. Replies to these requests are expected in early November. In addition, a deposition notice pursuant to Rule 30(b)(6) have been served on Hinckley and testimony is expected to go forward in November. Deposition of the attending surveyors for Hinckley and Storms, will also go forward in November. Expert testimony may be required in order determine the nature of the defect in the thru hull fitting and whether such defect was present at the time of the thru hull fitting's manufacture. Plaintiffs have responded to all discovery requests that were served by Defendants.

## Factual Issues

Plaintiff's discovery seeks to obtain information on the following factual issues:

(1) the scope and duration of any warranties in effect for the vessel itself as well as for the component part, the thru hull fitting;
(2) the date the vessel was actually delivered to the initial purchaser of the vessel, Mr. James Swarz and where it was constructed;
(3) what were the manufacturer's instruction for the use and installation of the thru hull fitting and whether they were communicated to Hinckley;
(4) whether the fitting was installed in a defective condition (ie. cracked);
(5) what installation instructions for the thru hull fitting were relied upon by Hinckley when the boat was constructed, and whether those instructions properly followed;
(6) whether a plastic thru hull fitting was suitable for its location at the waterline or was the there a failure in design of the vessel;
(7) what maintenance was required of the thru hull fitting and was the maintenance performed by Hinckley and
(8) did Hinckley and /or Polymold and/or Wilcox Crittendon have a duty to warn as to the problems with a plastic thru hull fitting and how such problems were to be avoided.

Expert testimony as to the forensic analysis of the thru hull fitting as well design considerations for a plastic thru hull fitting being located at the waterline in a recreational boat having a value of $300,000 is anticipated.

Legal Issues Presented

Based on our discussions with counsel for the defendants, the following legal issues will likely arise:

1. Choice of law. Will Massachusetts or Rhode Island law govern the statute of limitations and/or other issues?

2. Are plaintiff's claims for breach of warranty, negligence and strict liability precluded under Rhode Island or Massachusetts law?

3. Does the economic loss doctrine preclude recovery on some or all of plaintiff's claims?

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case system of the United States District Court for its distribution to all counsel of record 11th day of October, 2006.

Norman A. Peloquin, II
Saunders & Saunders LLP
16 Main Road
P.O. Box 65
Adamsville, RI 02801

Brian T. Burns, Esq.
Brown & Mena
175 Paramount Drive
Suite 204
Raynham, MA 02767

Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Street, Suite 2
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone, PC
One Turks Head Place
Suite 810
Providence, RI 02903

/s/ Daniel P. McKiernan
Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)
[email: dmckiernan@mtmlaw.us]