IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN STORMS

V.

CIVIL ACTION NUMBER:
NO: 06-277ML

THE TALARIA COMPANY, LLC DBA THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION DBA WILCOX CRITTENDON, INC. AND POLY MOLD CORPORATION

**THE DEFENDANT POLY MOLD CORPORATION'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes the defendant, Poly Mold Corporation, in the above matter and moves this Honorable Court for an order compelling co-defendant, Brenton Design Corporation DBA Wilcox Crittendon, Inc., to file answers to the Interrogatories and responses to the Request for Production of Documents, previously served on or about August 29, 2006, within twenty (20) days of the granting of this motion.

I hereby certify that I have, in good faith, conferred or attempted to confer with counsel in an effort to secure the information or material without court action.

The Defendant, Poly Mold Corporation
By its Attorney,

/S/ Brian T. Burns, 4187
Law Offices of Brown & Mena
175 Paramount Drive
Suite 204
Raynham, MA 02760
Tel. No. (508) 880-3509

**Certificate of Service**

I hereby certify that on the 25th day of October, 2006, I served a true copy of the foregoing document upon counsel of record by mailing the same, first class, postage prepaid to:

Daniel P. McKiernan, Esq.
McKiernan, Thompson & Millea
243 North Main Street,
Providence, RI 02903

Gerald W. White, Esq.
Hill, Rivkins & Hayden, LLP
45 Broadway, Suite 1500
New York, NY 10006

Norman A. Peloquinn, II, Of Counsel
Saunders & Saunders LLP
16 Main Road, PO Box 65
Adamsville, RI 02801

Thomas C. Angellone, Esquire
Hodosh, Spinella & Angelone, PC
One Turks Head Place, Suite 810
Providence, RI 02903

/s/Brian T. Burns