UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRIAN STORMS | : | |
| | : | |
| vs. | : | 06-277ML |
| | : | |
| THE TALARIA COMPANY, LLC d/b/a THE HINCKLEY COMPANY, BRENTON DESIGN CORPORATION d/b/a WILCOX CRITTENDEN, INC. and POLY MOLD CORPORATION | : | |

**STIPULATION**

It is hereby agreed, by and between the parties, that Defendant, ***Brenton Design Corporation d/b/a Wilcox Crittenden, Inc.***, may have an additional thirty (30) days within which to respond to the interrogatories and request for production of Co-defendant, ***Poly Mold Corporation***, *to wit*, to and including November 24, 2006.

/s/ Brian T. Burns
Brian T. Burns, Esq. #4187
*Attorney for Poly Mold Corporation*
**LAW OFFICES OF BROWN & MENA**
175 Paramount Drive, Suite 204
Raynham, Massachusetts 02760
(508) 880-3509
brian.burns@libertymutual.com

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
*Attorney for Brenton Design d/b/a*
**HODOSH, SPINELLA &ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: October 25, 2006

**CERTIFICATION**

I hereby certify that on this 25th day of October, 2006, I caused a copy of the within Stipulation to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

Brian Thomas Burns brian.burns@libertymutual.com
Daniel P. McKiernan dmckiernan@mtmlaw.us
Norman A. Peloquin, II peloquin@sealaw.net

Gerard W. White, Esq.
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, NY 10006-3739

/s/ Thomas C. Angelone