IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN STORMS,

Plaintiff,

vs.

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY,
BRENTON DESIGN CORPORATION,
d/b/a WILCOX CRITTENDEN, INC.,
and POLY MOLD CORPORATION,

Defendants.

CIVIL ACTION NO. 06-277ML

**STIPULATION**

It is hereby agreed by and between defendants, Poly Mold Corporation (hereinafter referred to as "Poly Mold") and The Talaria Company, LLC, doing business as The Hinckley Company (hereinafter referred to as "Hinckley"), that Hinckley may have up to and including November 30, 2006 within which to respond to the interrogatories and request for production of documents of co–defendant Poly Mold.

Dated: October 27, 2006

Respectfully submitted,

POLY MOLD CORPORATION

By its attorneys,
LAW OFFICES OF BROWN & MENA

/s/ Brian T. Burns
Brian T. Burns (RI Bar No. 4187)
245 Waterman Street
Providence, RI 02906
Tel. (508) 880-3509

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY
By its attorney,
NORMAN A. PELOQUIN, II P.C.

/s/ Norman A. Peloquin, II
Norman A. Peloquin, II (RI Bar No. 4146)
*Of Counsel*, Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100; Fax (401) 635-9125

Certificate of Service

I hereby certify that on the 27th day of October, 2006, I served a true copy of the forgoing document upon counsel of record by electronic mail to: Daniel P. McKiernan, Esquire, McKiernan, Thompson & Millea, 243 North Main Street, Providence, Rhode Island 02903 (dmckiernan@mtmlaw.us); Gerald W. White, Esquire, Hill Rivkins & Hayden LLP, 45 Broadway, Suite 1500, New York, New York 10006 (gwhite@hillrivkins.com); Brian T. Burns, Brown & Mena, 245 Waterman Street, Providence, Rhode Island 02906 (brian.burns@libertymutual.com); and Thomas C. Angelone, Hodosh, Spinella & Angelone, P.C., One Turks Head Place, Suite 810, Providence, Rhode Island 02903 (angelonelaw@aol.com).

/s/ Norman A. Peloquin, II
Attorney at Law