RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APR 27 2007

RECEIVED

APR 27 2007

Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| BRIAN STORMS<br>*Plaintiff,*<br><br>V.<br><br>THE TALARIA COMPANY, LLC,<br>d/b/a THE HINCKLEY COMPANY,<br>BRENTON DESIGN CORPORATION,<br>d/b/a WILCOX CRITTENDEN, INC.<br>and POLY MOLD CORPORATION,<br>*Defendants.* | : | C.A. No. 06-277ML |

**DISMISSAL STIPULATION**

***In the above-entitled cause it is agreed that the following entry be made:***

The complaint of plaintiff is hereby dismissed with prejudice.

Daniel P. McKiernan, Esq. (R.I. Bar No. 4705)
*Attorney for Plaintiff*

Norman A. Peloquin, Esq. (# 4146)
*Attorney for Defendant, The Talaria Company, LLC, d/b/a The Hinckley*

Thomas C. Angelone, Esq. (R.I. Bar No. 1373)
*Attorney for Defendant, Brenton Design Corporation d/b/a Wilcox Crittenden, Inc.*

Brian T. Burns, Esq. (#4187)
*Attorney for Defendant, Poly Mold Corporation*

Date: January 22, 2007